# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Michael Zankl

                        Plaintiff,

v.                                          Case No.: 1:15–cv–04213
                                                Honorable Charles R. Norgle Sr.

Acceletronics Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2016:

      MINUTE entry before the Honorable Charles R. Norgle:Joint Motion for Court Approval of Settlement [28] is granted. The parties are not required to appear before the court on Friday June 3, 2016. All pending dates are stricken. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.